RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967
Fascimile:  (510) 272-0711

*E-filing*

Attorney for Defendant
FAUSTINO AGUAYO

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

~~ooo~~

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 05-00118-MMC |
| Plaintiff, | |
| vs. | **ORDER PERMITTING DEFENDANT TO USE CASSETTE  PLAYER AT GLEN DYER JAIL TO LISTEN TO DISCOVERY** |
| FAUSTINO AGUAYO | |
| Defendant. | |
| _____/ | |

GOOD CAUSE SHOWN, since discovery is on tape cassettes and CDs,

IT IS HEREBY ORDERED that defendant **FAUSTINO AGUAYO** be permitted to use a

cassette player at the Glen Dyer Jail in order to listen to the discovery.

SO ORDERED:  October __12__, 2005

_____
MAXINE M. CHESNEY
United States District Court Judge