RANDY SUE POLLOCK
Attorney at Law (CSBN 64473)
2831 Telegraph Avenue
Oakland, CA 94609
San Francisco, CA 94109
Telephone: (510) 763-9967
Facsimile:  (510) 272-0711

Attorney for Defendant
FAUSTINO AGUAYO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FAUSTINO AGUAYO, et al.,<br><br>    Defendants.<br>_____ / | CR.  05-118-MMC<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON** |

   Defendant FAUSTINO AGUAYO, by and through his counsel of record Randy Sue Pollock, and Assistant U.S. Attorney David Hall hereby stipulate and agree that the status conference presently set for Wednesday, December 7, 2005, be continued until February 22, 2006.

   Ms. Pollock has spoken to Steve Teich, counsel for Jose Isais-Cabrera, who is charged in a related prosecution that is pending before the Honorable Marilyn H. Patel. Mr. Teich intends to file a Confidential Informant Motion in January 2006,  the results of which would be of assistance to Mr. Aguayo in this prosecution. If the motion is granted by Judge Patel, AUSA Hall has no objection to providing counsel in this case with the discovery.  The matter before Judge Patel will not be heard until early February 2006.

1  Ms. Pollock has advised all counsel in this case, including AUSA David Hall, of the
2  requested continuance and none have objected.
3      The time period from December 7, 2005 through February 22, 2006 would be
4  deemed excludable pursuant to 18 U.S.C. Section 3161(h)(8)(A), given that the ends of
5  justice served by granting a continuance outweigh the best interests of the public and of
6  the defendant in a speedy trial.  Additionally, pursuant to 18 U.S.C. Section
7  3161(h)(8)(B)(ii) given the nature of the prosecution, the volume of the evidence, the fact
8  that wiretaps were involved as well as pending motions in a related case, it is
9  unreasonable to expect adequate preparation for pretrial proceedings and for the trial
10 within the time limits established by the Speedy Trial Act.

12  Dated:   December 5, 2005         (S) Randy Sue Pollock
13                                    RANDY SUE POLLOCK
                                      Counsel for Defendant
14                                    FAUSTINO AGUAYO
                                      On Behalf Of All Defendants

17                                    (S) David Hall
    Dated:   December 5, 2005
18                                    DAVID HALL
                                      Assistant United States Attorney

21  SO ORDERED:   December 6, 2005
22                                    MAXINE M. CHESNEY
                                      United States District Court Judge