1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64473)
2  2831 Telegraph Avenue
   Oakland, CA 94609
3  San Francisco, CA 94109
   Telephone: (510) 763-9967
4  Facsimile:  (510) 272-0711

5  Attorney for Defendant
   FAUSTINO AGUAYO

6

7

8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                            −ooo−

12  UNITED STATES OF AMERICA,
                                          CR.  05-118-MMC
13          Plaintiff,

14  vs.                                   **STIPULATION TO CONTINUE
                                          STATUS CONFERENCE AND
15                                        ORDER THEREON**

16  FAUSTINO AGUAYO, et al.,

17          Defendants.

18  _____/

19      Defendant FAUSTINO AGUAYO, by and through his counsel of record

20  Randy Sue Pollock, and Assistant U.S. Attorney David Hall hereby stipulate and agree

21  that the status conference presently set for Wednesday, February 22, 2006, be continued

22  until April 5, 2006, at 2:30 p.m.

23      Ms. Pollock is awaiting discovery in a related prosecution that is pending before

24  the Honorable Marilyn H. Patel, regarding a confidential informant in this case.  It is

25  anticipated that this discovery should be available within the next few weeks.

26  ///

27  ///

28  ///

1  Ms. Pollock has advised all counsel in this case of the requested continuance and

2  none have objected.

3  The time period from February 22, 2006 through April 5, 2006, would be deemed

4  excludable pursuant to 18 U.S.C. Section 3161(h)(8)(A), given that the ends of justice

5  served by granting a continuance outweigh the best interests of the public and of the

6  defendant in a speedy trial.   Additionally, pursuant to 18 U.S.C. Section

7  3161(h)(8)(B)(ii) given the nature of the prosecution, the volume of the evidence, the fact

8  that wiretaps were involved as well as pending motions in a related case, it is

9  unreasonable to expect adequate preparation for pretrial proceedings and for the trial

10  within the time limits established by the Speedy Trial Act.

13  Date:  February 27,  2006          (S ) Randy Sue Pollock

14  RANDY SUE POLLOCK
Counsel for Defendant
15  FAUSTINO AGUAYO
On Behalf Of All Defendants

18  (S) David Hall
Date:  February 27,  2006

19  DAVID HALL
Assistant United States Attorney

22  SO ORDERED:    February 28, 2006

23  MAXINE M. CHESNEY
United States District Court Judge

2