Claire M. Leary
912 Cole Street, Suite 347
San Francisco, California  94117
(415) 225-4640
Fax (510) 351-1636
Attorney for Defendant Cardenas

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, ) | CR 05- 118 MMC |
| ) | ORDER APPROVING |
| Plaintiff, ) | Stipulation To |
| vs. ) | Continue Status Conference |
| ) | |
| Jose Jaime Cardenas, et al., ) | |
| ) | |
| Defendants, ) | |
| ) | |

The undersigned hereby stipulate that the status hearing in the above-entitled case currently set for August 2, 2006, be continued to Wednesday, November 1, 2006, at 2:30 in the afternoon.  This continuance is requested because the wiretap suppression motion hearing in United States v. Cabrera, et al., CR 05-149  MHP has been continued to October 30, 2006.   The outcome of that suppression motion will effect the  instant case. The instant case has been declared complex.  It is agreed that time since the last status hearing on May 3, 2006, until November 1, 2006, is excluded pursuant to 18 U.S.C. section 3161(h)(1)(D) and (F) for the pendency of the motion and other charges against Mr. Aguayo, and  pursuant to section 3161(h)(8)(A) and (B)  for continuances due to complexity.

Dated: July 31,  2006                                        /s/_____
                                                                             David Hall
                                                                             Assistant United States Attorney

Dated: July 31,   2006              /s/_____
                                    Claire Leary
                                    Counsel for Defendant Cardenas


Dated: July 31, 2006 ,              /s/_____
                                    Randy Sue Pollack
                                    Counsel for Faustino Aguayo


Dated: July 31, 2006                /s/_____
                                    Steven Gruel
                                    Counsel for Juan Alfredo Bermudez


Dated: July 31, 2006                /s/_____
                                     Frank. O. Bell
                                     Counsel for Carlos Aguayo


Dated: July 31, 2006                /s/_____
                                     Chris Cannon
                                     Counsel for Defendant Bonilla


ORDER

The status conference in this matter is hereby continued to November 1, 2006, at 2:30 pm, and time is excluded under the Speedy Trial Act pursuant to section 3161(h)(1)(D) and (F) and section 3161(h)(8)(A) and (B).

IT IS SO ORDERED.

Dated: August 1,  2006              _____
                                    Maxine M. Chesney
                                    United States District Judge