1  Claire M. Leary
912 Cole Street, Suite 347
2  San Francisco, California  94117
3  (415) 225-4640
Fax (510) 351-1636
4  Attorney for Defendant Cardenas

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| United States of America, | ) | CR 05- 118 MMC |
|---|---|---|
| | ) | ORDER APPROVING |
| Plaintiff, | ) | Stipulation To |
| vs. | ) | Continue Status Conference |
| | ) | |
| Jose Jaime Cardenas, et al., | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |

The undersigned hereby stipulate that the status hearing in the above-entitled case currently set for August 2, 2006, be continued to Wednesday, November 1, 2006, at 2:30 in the afternoon.  This continuance is requested because the wiretap suppression motion hearing in United States v. Cabrera, et al., CR 05-149  MHP has been continued to October 30, 2006.   The outcome of that suppression motion will effect the  instant case.  The instant case has been declared complex.  It is agreed that time since the last status hearing on May 3, 2006, until November 1, 2006, is excluded pursuant to 18 U.S.C. section 3161(h)(1)(D) and (F) for the pendency of the motion and other charges against Mr. Aguayo, and  pursuant to section 3161(h)(8)(A) and (B)  for continuances due to complexity.

    Dated: July 31,  2006                                    /s/_____
                                                                                   David Hall
                                                                                   Assistant United States Attorney

Dated: July 31, 2006            /s/_____
                                Claire Leary
                                Counsel for Defendant Cardenas

Dated: July 31, 2006 ,          /s/_____
                                Randy Sue Pollack
                                Counsel for Faustino Aguayo

Dated: July 31, 2006            /s/_____
                                Steven Gruel
                                Counsel for Juan Alfredo Bermudez

Dated: July 31, 2006            /s/_____
                                Frank. O. Bell
                                Counsel for Carlos Aguayo

Dated: July 31, 2006            /s/_____
                                Chris Cannon
                                Counsel for Defendant Bonilla

O R D E R

The status conference in this matter is hereby continued to November 1, 2006, at 2:30 pm, and time is excluded under the Speedy Trial Act pursuant to section 3161(h)(1)(D) and (F) and section 3161(h)(8)(A) and (B).

IT IS SO ORDERED.

Dated: August 1, 2006           _____
                                Maxine M. Chesney
                                United States District Judge