| | |
|---|---|
| 1 | RANDY SUE POLLOCK |
| 2 | Attorney at Law (CSBN 64473) |
|   | 2831 Telegraph Avenue |
|   | Oakland, CA 94609 |
| 3 | San Francisco, CA 94109 |
|   | Telephone: (510) 763-9967 |
| 4 | Facsimile:  (510) 272-0711 |

Attorney for Defendant
FAUSTINO AGUAYO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FAUSTINO AGUAYO, et al.,

    Defendants.

_____/

CR.  05-118-MMC

**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON**

Defendant FAUSTINO AGUAYO, by and through his counsel of record Randy Sue Pollock, and Assistant U.S. Attorney David Hall hereby stipulate and agree that the status conference presently set for Wednesday, December 6, 2006, be continued until Wednesday, January 17, 2007, at 2:30 p.m.

Counsel met with Assistant United States Attorney Dave Hall on November 8, 2006, to discuss a global resolution of this case.  Each attorney present, with the exception of Chris Cannon and Steve Gruel, who met with Mr. Hall on a subsequent date, received proposed dispositions.  It was the consensus of all counsel that a continuance was necessary so that we could each have time to discuss this matter with our clients.

1  The time period from December 6, 2006 to January 17, 2007 would be deemed
2  excludable pursuant to 18 U.S.C. § 3161(h)(8)(A), given that the ends of justice served by
3  granting a continuance outweigh the best interests of the public and of the defendant in a
4  speedy trial.  Additionally, pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii) given the nature of
5  the prosecution, the volume of the evidence, the fact that wiretaps were involved, it is
6  unreasonable to expect adequate preparation for pretrial proceedings and for the trial
7  within the time limits established by the Speedy Trial Act.

10  Date:  November 24, 2006          /s/ Randy Sue Pollock
                                      RANDY SUE POLLOCK
                                      Counsel for Defendant
                                      FAUSTINO AGUAYO
                                      On Behalf Of All Defendants

14  Date:  November 24, 2006          /s/David Hall
                                      DAVID HALL
                                      Assistant United States Attorney

18  SO ORDERED:
19  November 27, 2006
                                      MAXINE M. CHESNEY
                                      United States District Court Judge