| | |
|---|---|
| 1 | RANDY SUE POLLOCK |
|   | Attorney at Law (CSBN 64473) |
| 2 | 2831 Telegraph Avenue |
|   | Oakland, CA 94609 |
| 3 | San Francisco, CA 94109 |
|   | Telephone: (510) 763-9967 |
| 4 | Facsimile:  (510) 272-0711 |
| 5 | Attorney for Defendant |
|   | FAUSTINO AGUAYO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ooo

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

FAUSTINO AGUAYO, et al.,

       Defendants.

_____/

CR. 05-118-MMC

ORDER APPROVING **STIPULATION TO CONTINUE STATUS CONFERENCE**

    Defendant FAUSTINO AGUAYO, by and through his counsel of record Randy Sue Pollock, and Assistant U.S. Attorney David Hall hereby stipulate and agree that the status conference presently set for Wednesday, January 17, 2007, at 2:30 p.m. be continued until Wednesday, January 31, 2007, at 2:30 p.m.

    Assistant U.S. Attorney Counsel Dave Hall has met with all counsel and is in the process of drafting plea agreements as to some of the defendants.  A trial date may have to be set as to some of the remaining defendants.  Counsel for defendant Aguayo must be out-of-state on a personal matter on January 17th and her client has not agreed to a disposition of the case at this time.  Accordingly, it is requested that the matter be

continued to January 31, 2007, in order to finalize the plea agreements and to afford counsel for Aguayo additional time to confer with the government in an attempt to resolve the case.

The time period from January 17, 2007 to January 31, 2007 would be deemed excludable pursuant to 18 U.S.C. Section 3161(h)(8)(A), given that the ends of justice served by granting a continuance outweigh the best interests of the public and of the defendant in a speedy trial. Additionally, pursuant to 18 U.S.C. Section 3161(h)(8)(B)(ii) given the nature of the prosecution, the volume of the evidence, the fact that wiretaps were involved, it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial within the time limits established by the Speedy Trial Act.

Date: January 12, 2007        /s/ Randy Sue Pollock
                              RANDY SUE POLLOCK
                              Counsel for Defendant
                              FAUSTINO AGUAYO
                              On Behalf Of All Defendants

Date: January 12, 2007        /s/ David Hall
                              DAVID HALL
                              Assistant United States Attorney

SO ORDERED:

January 16, 2007              _____
                              MAXINE M. CHESNEY
                              United States District Court Judge

2