RANDY SUE POLLOCK
Attorney at Law (CSBN 64473)
2831 Telegraph Avenue
Oakland, CA 94609
San Francisco, CA 94109
Telephone: (510) 763-9967
Facsimile: (510) 272-0711

Attorney for Defendant
FAUSTINO AGUAYO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FAUSTINO AGUAYO, et al.,<br><br>　　　　　Defendants.<br>_____/ | CR. 05-118-MMC<br><br>**ORDER RE:<br>STIPULATION TO CONTINUE<br>STATUS CONFERENCE** |

Defendant FAUSTINO AGUAYO, by and through his counsel of record Randy Sue Pollock, and Assistant U.S. Attorney David Hall hereby stipulate and agree that the status conference presently set for Wednesday, April 4, 2007, at 2:30 p.m. be continued until Wednesday, April 18, 2007, at 2:30 p.m.

///
///
///
///

1  Assistant U.S. Attorney Counsel Dave Hall has met with all counsel and
2  negotiations are still ongoing as to all defendants with the exception of Elmer Bonilla
3  who does intend to enter a plea of guilty on March 28st.  As to the other defendants,
4  additional time is necessary in order to resolve the matter without setting a trial date.
5  Additionally, counsel for defendant Aguayo is unavailable on April 11th and the
6  prosecutor is unavailable on April 4th.  The next date that accommodates all counsel is
7  April 18th.
8  The time period from April 4, 2007, to April 18, 2007 would be deemed
9  excludable pursuant to 18 U.S.C. Section 3161(h)(8)(A), given that the ends of justice
10 served by granting a continuance outweigh the best interests of the public and of the
11 defendant in a speedy trial.   Additionally, pursuant to 18 U.S.C. Section
12 3161(h)(8)(B)(ii) given the nature of the prosecution, the volume of the evidence, the fact
13 that wiretaps were involved, it is unreasonable to expect adequate preparation for pretrial
14 proceedings and for the trial within the time limits established by the Speedy Trial Act.

Date: March 23, 2007           /s/ Randy Sue Pollock
                               RANDY SUE POLLOCK
                               Counsel for Defendant
                               FAUSTINO AGUAYO
                               On Behalf Of All Defendants

Date: March 23, 2007           /s/ David Hall
                               DAVID HALL
                               Assistant United States Attorney


SO ORDERED:

March 26, 2007
                               MAXINE M. CHESNEY
                               United States District Court Judge