```
RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967
Facsmile: (510) 272-0711

Attorneys for Defendant
FAUSTINO AGUAYO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ooo—

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FAUSTINO AGUAYO,<br><br>　　　　Defendant. | **No. 05-118-MMC**<br><br>**STIPULATION AND ORDER<br>FOR FORTHWITH<br>RELEASE OF DEFENDANT** |

　　　Randy Sue Pollock, on behalf of Faustino Aguayo, and David Hall, Assistant United States Attorney, hereby stipulate and agree that defendant FAUSTINO AGUAYO [ULA 306] be released forthwith from the Glenn Dyer Jail based on the fact he has served his entire federal sentence.

///

///

///

///

///

///

Stipulation and Order For Forthwith Release of Defendant

Date:   April 11, 2008        /s/ Randy Sue Pollock
                              Randy Sue Pollock
                              Counsel for Defendant
                              FAUSTINO AGUAYO

Date:   April 11, 2008        /s/ David Hall
                              David Hall
                              Assistant United States Attorney

SO ORDERED:

Date:   April  11 , 2008      _____
                              Maxine M. Chensey
                              United States District Court Judge

Stipulation and Order For Forthwith Release of Defendant